■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ERNEST ROBBINS, Appellant.— Judgment insofar as it imposes sentence unanimously modified in the exercise of discretion to reduce the maximum term from 15 years to 10 years, and as modified affirmed. (See CPL 470.15, subd. 2, par. [c].) (Appeal from judgment of Erie County Court convicting defendant of robbery in the second degree.) Present — Marsh, P. J., Moule, Cardamone, Mahoney and Goldman, JJ.

■ CLYDE E. DAVIS, Appellant, *v.* WILSON FREIGHT COMPANY, Respondent.— Judgment unanimously affirmed, without costs. Memorandum: It is not necessary for the determination of this appeal to determine the status of appellant. Having been adjudicated guilty of negligence, he has no cause of action against the respondent, either as employee or independent contractor. (Appeal from judgment of Erie Special Term in action on default judgment.) Present — Marsh, P. J., Moule, Cardamone, Mahoney and Goldman, JJ.